No. 04–7048. SINGH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7057. ORTIZ-GUERRA, AKA QUIROZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7059. MOORE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7066. CHAPIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7067. CLARK, AKA HENDRICKS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–222. DASSAULT AVIATION v. ANDERSON. C. A. 8th Cir. Motion of Organization for International Investment et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 04–259. ILLINOIS v. MILLER. App. Ct. Ill., 4th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 04–476. UNIVERSITY OF ROCHESTER v. G. D. SEARLE & CO., INC., ET AL. C. A. Fed. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 04–6349. ADAMES v. MARTINEZ ET AL. C. A. 2d Cir. Certiorari before judgment denied.

No. 03–1623. HAUGEN v. HENRY COUNTY, GEORGIA, ET AL., *ante*, p. 816;
No. 03–1645. IN RE GREEN, *ante*, p. 807;
No. 03–1718. KNUTH v. KNUTH, *ante*, p. 821;
No. 03–1721. VINTILLA v. CITY OF ROCKY RIVER, OHIO, ET AL., *ante*, p. 821;
No. 03–9785. KALINOWSKI v. BOND ET AL., 542 U. S. 907;
No. 03–10103. CORMIER v. TEXAS, *ante*, p. 825;

No. 03–10197.  INGUAGGIATO *v.* SMITH, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY, *ante,* p. 827;

No. 03–10259.  IN RE RUSSELL, *ante,* p. 807;

No. 03–10308.  DAVIS *v.* WILSON, WARDEN, ET AL., *ante,* p. 830;

No. 03–10316.  JONES *v.* MICHIGAN DEPARTMENT OF CORRECTIONS, *ante,* p. 830;

No. 03–10391.  HENDERSON *v.* McGRATH, WARDEN, *ante,* p. 833;

No. 03–10394.  DuBOSE *v.* LADWIG ET AL., *ante,* p. 833;

No. 03–10441.  RIVERA *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 834;

No. 03–10503.  SHISINDAY *v.* TEXAS DEPARTMENT OF CRIMINAL JUSTICE ET AL., *ante,* p. 836;

No. 03–10547.  DAVENPORT *v.* RENO AIR, INC., ET AL., *ante,* p. 838;

No. 03–10557.  MURRAY *v.* LYNCH, ATTORNEY GENERAL OF RHODE ISLAND, ET AL., *ante,* p. 838;

No. 03–10621.  SMITH *v.* MITCHELL, WARDEN, *ante,* p. 841;

No. 03–10630.  STAFFNEY *v.* BERGHUIS, WARDEN, *ante,* p. 841;

No. 03–10645.  JACKSON *v.* VIRGINIA, *ante,* p. 842;

No. 03–10650.  BEARDSLEE *v.* BROWN, ACTING WARDEN, *ante,* p. 842;

No. 03–10679.  MILLER *v.* SUPREME COURT OF MISSOURI, *ante,* p. 844;

No. 03–10718.  ROSS *v.* TEXAS, *ante,* p. 846;

No. 03–10792.  JEFFERSON, AKA MATHEW *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante,* p. 851;

No. 03–10800.  CAGE-BARILE *v.* BARILE, *ante,* p. 851;

No. 03–10826.  MAYERS *v.* WHITE, COMMISSIONER, TENNESSEE DEPARTMENT OF CORRECTION, ET AL., *ante,* p. 852;

No. 03–10843.  MARTIN *v.* PRINCIPI, SECRETARY OF VETERANS AFFAIRS, ET AL., *ante,* p. 853;

No. 03–10859.  ALCORN *v.* UNITED STATES, *ante,* p. 854;

No. 03–10894.  DAVIS *v.* ROBINSON, WARDEN, ET AL., *ante,* p. 856;

No. 03–10907.  CARPENTER *v.* SMITH, WARDEN, *ante,* p. 857;

No. 03–10990.  FINUCAN *v.* MARYLAND BOARD OF PHYSICIAN QUALITY ASSURANCE, *ante,* p. 862;

No. 03–10998.  COVINGTON *v.* UNITED STATES, *ante,* p. 862;

No. 03–11032.  TRIPLETT *v.* CAIN, WARDEN, *ante,* p. 864;

No. 03–11050.  JONES *v.* FLORENCE COUNTY TAX ASSESSOR OFFICE, *ante,* p. 865;

No. 04–141.  KING *v.* ENTERGY OPERATIONS, INC., ET AL., *ante,* p. 875;

No. 04–5037.  CHEN *v.* APPLIED MATERIALS, INC., *ante,* p. 879;

No. 04–5078.  MILES *v.* VIRGINIA, *ante,* p. 881;

No. 04–5170.  EARLEY *v.* KEENAN, *ante,* p. 885;

No. 04–5205.  ADKINS *v.* UNITED STATES, *ante,* p. 887;

No. 04–5227.  RUSH *v.* UNITED STATES, *ante,* p. 888;

No. 04–5232.  WILBURN *v.* EASTMAN KODAK ET AL., *ante,* p. 889;

No. 04–5252.  CRAVER *v.* CAMPBELL & TAYLOR, *ante,* p. 890;

No. 04–5273.  VETA *v.* ARIZONA, *ante,* p. 891;

No. 04–5321.  OCHOA CANALES *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 893;

No. 04–5329.  BRIDGMAN *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY, *ante,* p. 893;

No. 04–5334.  REINHOLT *v.* REINHOLT, *ante,* p. 894;

No. 04–5354.  McBRIDE *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 895;

No. 04–5384.  ROBERTS *v.* UNIVERSITY OF PENNSYLVANIA ET AL., *ante,* p. 896;

No. 04–5408.  BROWN *v.* HICKS, CLERK, SUPERIOR COURT OF GEORGIA, ATLANTA JUDICIAL CIRCUIT, ET AL., *ante,* p. 898;

No. 04–5424.  LINDSEY *v.* FEDERAL BUREAU OF INVESTIGATION OFFICES ET AL., *ante,* p. 899;

No. 04–5496.  ANDERSON *v.* SOWDERS, WARDEN, ET AL., *ante,* p. 903;

No. 04–5499.  LAMPKIN *v.* UNITED STATES, *ante,* p. 903;

No. 04–5524.  RING *v.* APPLETON ET AL., *ante,* p. 904;

No. 04–5526.  THOMPSON *v.* TISCHLER ET AL., *ante,* p. 904;

No. 04–5530.  K. E. *v.* FLORIDA BOARD OF BAR EXAMINERS, *ante,* p. 904;

No. 04–5558.  BASALO *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 929;

No. 04–5579.  CALHOUN, AKA MARTIN *v.* FRISCO RAILROAD ET AL., *ante,* p. 929;

No. 04–5604.  KANIADAKIS *v.* UNITED STATES, *ante,* p. 907;

No. 04–5698. SIMON v. FEDERAL PRISON INDUSTRIES ET AL., *ante*, p. 910;

No. 04–5936. MICHAU v. TAYLOR, WARDEN, ET AL., *ante*, p. 914; and

No. 04–6179. WAGNER v. UNITED STATES, *ante*, p. 939. Petitions for rehearing denied.

No. 03–1633. IN RE HEMPHILL, *ante*, p. 808. Petition for rehearing denied. JUSTICE O'CONNOR and JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–6872. CASILLAS v. UNITED STATES, 540 U. S. 1025. Motion of petitioner for leave to file petition for rehearing denied.

### DECEMBER 3, 2004

No. 04–334. RAYTHEON CO. v. ASHBORN AGENCIES, LTD. C. A. D. C. Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 04–277. NATIONAL CABLE & TELECOMMUNICATIONS ASSN. ET AL. v. BRAND X INTERNET SERVICES ET AL.; and

No. 04–281. FEDERAL COMMUNICATIONS COMMISSION ET AL. v. BRAND X INTERNET SERVICES ET AL. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one hour is allotted for oral argument. Reported below: 345 F. 3d 1120.

### DECEMBER 6, 2004

No. 04–6219. PAYNE v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.

No. 04–5891. SPENCER v. EARLEY ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Tennessee* v. *Lane*, 541 U. S. 509 (2004).